■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERMAINE UNDERWOOD, Appellant. (Appeal No. 1.) [803 NYS2d 473]—Appeal from a judgment of the Supreme Court, Erie County (Mario J. Rossetti, A.J.), rendered September 9, 2002. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Scudder, Gorski, Smith and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERMAINE UNDERWOOD, Appellant. (Appeal No. 2.) [803 NYS2d 473]—Appeal from a judgment of the Supreme Court, Erie County (Mario J. Rossetti, A.J.), rendered September 9, 2002. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Scudder, Gorski, Smith and Lawton, JJ.